UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GANNON BERTRAND | CIVIL ACTION NO. 21-cv-0705 |
| VERSUS | JUDGE SUMMERHAYS |
| U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE WHITEHURST |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the decision of the Commissioner is REVERSED AND REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. §405(g) for further consideration consistent with the findings made herein. Inasmuch as the reversal and remand ordered herein falls under sentence four of Section 405(g), this judgement is a "final judgment" for purposes of the Equal Access to Justice Act (EAJA).

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 12th day of September, 2022.

UNITED STATES DISTRICT JUDGE